UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LAWRENCE WHITE ET AL | CIVIL ACTION NO. 20-cv-918 LEAD |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HOBBY LOBBY STORES INC ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action be dismissed without prejudice for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 3rd day of January, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE